AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 24, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

AMANDA W.

*Plaintiff*

v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

*Defendant*

Civil Action No. 2:26-CV-03050-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Pursuant to the Court Order at ECF No. 13, Plaintiff's Opening Brief Plaintiff's Opening Brief, ECF No. 9, is GRANTED, the Commissioner's Brief, ECF No. 11, is DENIED, and the decision of the Commissioner is reversed and remanded for an immediate award of benefits.
Judgment is entered for Plaintiff.

This action was *(check one)*:

❐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❐ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian.

Date: 8/24/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*